IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDITH CARLETTE BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-656-WKW |
| | ) | [WO] |
| TED HANCOCK and SID LOCKHART, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 6, 2019, the Magistrate Judge filed a well-reasoned Recommendation to which no timely objections have been filed. (Doc. # 50.) Upon an independent review of the record and the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 50) is ADOPTED;

(2) Defendant Sheriff Sid Lockhart's Partial Motion to Dismiss (Doc. # 38) is GRANTED;

(3) Counts III and IV of the First Amended Complaint against Defendant Sheriff Sid Lockhart (Doc. # 31) are DISMISSED[1]; and

---

[1] Plaintiff's claims in Counts V and VI against Sheriff Lockhart, alleging violations of the Fourteenth Amendment under 42 U.S.C. § 1983, remain pending.

(4) This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 24th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE